THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES W. FOSTER, Appellant.

*People* v. *Foster*, 43 App. Div. 621, affirmed.
(Argued January 10, 1900; decided January 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered upon an order made September 12, 1899, which affirmed a judgment of the County Court of Montgomery county, entered upon a verdict, convicting the defendant of the crime of keeping a disorderly house.

*Louis H. Reynolds* for appellant.

*Florence J. Sullivan* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: GRAY, O'BRIEN, BARTLETT, HAIGHT and VANN, JJ.
Not voting: PARKER, Ch. J., and MARTIN, J.